# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CLARE M. RHOADS, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF L.A.C., A MINOR,

Petitioner

v.

SANDRA E. HOOPS, CNM; STEPHEN L. SEGRAVE-DALY, M.D.; EMMA G. CARGADO-LEYNES, D.O., AND WOMEN FIRST OBSTETRICS & GYNECOLOGY, P.C.,

Respondents

: No. 111 MAL 2019
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.